IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PARKLAND SECURITIES, INC.,

    Plaintiff,                                CIV. NO. S-11-3281 GEB GGH PS

    vs.

CHRISTOPHER CAREY et al.,

                                        ORDER
    Defendants.

_____/

        On January 18, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed. Accordingly, the court presumes any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations (dkt. no. 14) are adopted in full;

    2. Plaintiff's motion to remand (dkt. no. 7) is granted;

3. The action is remanded to the Sacramento County Superior Court;

4. Plaintiff is awarded attorneys' fees in the amount of $1,140 to be paid by defendant Arfa within 28 days of this order;

5. The Clerk is directed to serve a certified copy of this order on the Clerk of the Sacramento County Superior Court, and reference the state case number (11UD10822) in the proof of service; and

6. The Clerk is directed to close this case.

Dated: February 9, 2012

*[signature]*

GARLAND E. BURRELL, JR.
United States District Judge